Steve J. Longariello, Plaintiff, Pro Se
3629 North 5th Avenue, Apt. E2
Phoenix, Arizona 85013
Home Phone: (602) 279-0920
Cell Phone: (602) 327-2555
Email - songariello@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

STEVE J. LONGARIELLO,           ) Case No.:
                                )
        Plaintiff,              ) CV'09 1604 PHX MHM
                                )
vs.                             ) COMPLAINT
                                )
INVISION HUMAN RESOURCES        )
                                )
                                )
        Defendant               )

## JURISDICTION

1) Federal Question (US not a party)

2) Title Vll of the Civil Rights Act of 1964 as amended.

3) ADEA

4) ADA

5) Arizona Civil Rights Act

6) 42,USC,1981

7) Federal and Arizona State blacklisting laws

## COMPLAINT

1) By failing to hire applicant Plaintiff, Steve J. Longariello, a Arizona certified, highly qualified (by Arizona

-1-

Dept of Education Standards), 53 year old disabled male master level teacher of Special Education, the Defendant, Invision Human Resources, on three or more occasions violated his civil rights pursuant to the laws (mentioned above) to which this court has jurisdiction.

2) EEOC issued a Right to Sue letter on May 15, 2009.

3) At Plaintiff's request, Arizona Attorney General issued a Right to Sue letter on July 29, 2009.

4) Plaintiff, not by choice, is preceding pro se.

5) Plaintiff reserves the right to amend this complaint.

## DEMAND

Plaintiff demands at least all relief required pursuant to the laws violated by this Defendant.

Respectfully Submitted,

Dated: August 3, 2009.

Steve J. Longariello, Plaintiff

3629 North 5th Avenue, Apt. E2
Phoenix, Arizona 85013
Home Phone: (602)279-0920
Cell Phone: (602)327-2555
Email: songariello@aol.com